UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUSHION DENNIS,

    Plaintiff,                                 No. 17-13391

v.                                         District Judge George Caram Steeh
                                                  Magistrate Judge R. Steven Whalen

ALLSTATE PROPERTY AND
CASUALTY INSURANCE COMPANY,

    Defendant.
_____/

## ORDER TO SHOW CAUSE

Defendant's Motion for Order to Show Cause [Doc. #14] is GRANTED.

The following entities/medical providers were served with document subpoenas for medical records pertaining to Plaintiff Dushion Dennis, 6422 Evergreen road, Detroit, MI 48228:

    -Comfort Care Center
    -Harbor Health Plan
    -American Center for Pain Management
    -Farmbrook Interventional Pain and EMG

The subpoenas directed these providers to produce Plaintiff's records to Defendant through Records Deposition Service, Inc. on February 23, 2018. Despite proper service of the subpoenas and follow-up calls, these providers have not produced the records.[1]

Failure to comply with a duly issued subpoena constitutes contempt of court. Therefore, IT IS ORDERED that Comfort Care Center, Harbor Health Plan, American Center for Pain Management, and Farmbrook Interventional Pain and EMG SHOW

---

[1] Defendant states that American Center for Pain Management produced incomplete records.

CAUSE in writing, within 14 days of the date of this Order, why they should not be held in contempt of court for failure to comply with the subpoenas that were issued to them.

IT IS FURTHER ORDERED, that if these providers produce the requested records within 14 days of the date of this Order, the Court will dismiss this show cause order. Defendant will inform the Court as to whether the records have been produced.

IT IS FURTHER ORDERED that Defendant's counsel will forthwith serve a copy of this Order, by first-class mail, on the above providers.

IT IS FURTHER ORDERED that the failure of any of these providers to either timely produce the requested records or timely respond to this Show Cause Order will subject them to sanctions for contempt of court.

s/ R. Steven Whalen  
R. STEVEN WHALEN  
UNITED STATES MAGISTRATE JUDGE

Dated: May 3, 2018

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on May 3, 2018, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla  
Case Manager to the  
Honorable R. Steven Whalen