UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUSHION DENNIS,

    Plaintiff,                        No. 17-13391

v.                                District Judge George Caram Steeh
                                  Magistrate Judge R. Steven Whalen

ALLSTATE PROPERTY AND
CASUALTY INSURANCE CO.,

    Defendant.
_____/

## ORDER

For the reasons and under the terms stated on the record on October 18, 2018, Defendant's Motion to Compel Intervening Plaintiff ZMC Pharmacy, LLC's Responses to Revised Second Set of Interrogatories [Doc. #35] is GRANTED.[1]

Because of the commercially sensitive and proprietary nature of the requested discovery, the parties will prepare and submit a stipulated protective order covering this material. Subject to that protective order, the documents will be produce within 14 days of the date of this Order.

---

[1] The parties have resolved all issues except for Defendant's Revised Interrogatory #9.

-1-

IT IS SO ORDERED.

                                                  s/R. Steven Whalen  
                                                  R. STEVEN WHALEN  
                                                  UNITED STATES MAGISTRATE JUDGE  
Dated: October 18, 2018

## CERTIFICATE OF SERVICE

      I hereby certify on October 18, 2018, I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on October 18, 2018.

                                                  s/Carolyn Ciesla  
                                                  Case Manager to  
                                                  Magistrate Judge R. Steven Whalen