UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DUSHION DENNIS,

    Plaintiff,                    No. 17-13391

v.                              District Judge George Caram Steeh
                                Magistrate Judge R. Steven Whalen

ALLSTATE PROPERTY AND
CASUALTY INSURANCE CO.,

    Defendant.
_____/

**ORDER**

For the reasons and under the terms stated on the record on October 18, 2018, Defendant's Motion to Strike Comfort Care Center's Bills [Doc. #29] and Motion to Strike Plaintiff's Replacement Services Claim [Doc. #30] are GRANTED as follows:

The replacement services claims/billings of Comfort Care Center are STRICKEN WITH PREJUDICE.

The replacement services claims of providers Damien Matthews and Corina Malone, whose depositions are scheduled for October 24, 2018, will be stricken only if they do not appear for their deposition. If they do not appear for deposition, then the claims will be STRICKEN WITH PREJUDICE, subject to a substantial showing of good cause as to why they did not appear, in which case their claims will be stricken without

-1-

prejudice.

The claims of replacement services providers Devaughn Tellis and Jerald Damon Beard are STRICKEN WITH PREJUDICE.

The claims of replacement services provider Letia Henley, who appeared for her deposition, are not stricken.

IT IS SO ORDERED.

                                                                   s/R. Steven Whalen
                                                                   R. STEVEN WHALEN
                                                                   UNITED STATES MAGISTRATE JUDGE

Dated: October 18, 2018

---

**CERTIFICATE OF SERVICE**

I hereby certify on October 18, 2018, I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on October 18, 2018.

                                                                   s/Carolyn Ciesla
                                                                   Case Manager to
                                                                   Magistrate Judge R. Steven Whalen